UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME L. GRIMES,<br><br>                              Plaintiff,<br><br>v.<br><br>BOARD OF TRUSTEES FOR NORTH CENTRAL UNIVERSITY,<br><br>                             Defendant. | Case No.: 22-CV-1034 TWR (JLB)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

On July 14, 2022, Plaintiff Jerome L. Grimes, proceeding pro se, initiated this action against Defendant Board of Trustees for North Central University.  (*See* ECF No. 1.)  On September 29, 2022, the action was transferred to the undersigned, (ECF No. 5), and on November 1, 2022, the Court ordered Plaintiff to show cause why this action should not be consolidated with a related action, (ECF No. 6).  On November 9, 2022, the Court's Order of Transfer was returned by the Post Office as undeliverable, (ECF No. 7), and on December 7, 2022, the Order to Show Cause was returned for the same reason, (ECF No. 8).  Pursuant to Civil Local Rule 83.11:

> A party proceeding pro se must keep the Court and opposing parties advised as to current address.  If mail directed to a pro se plaintiff by the Clerk at the plaintiff's last designated address is returned by the Post Office, and if such plaintiff fails to notify the Court and opposing parties within 60 days thereafter of the plaintiff's current address, the Court may dismiss the action without prejudice for failure to prosecute.

S.D. Cal. Civ. L.R. 83.11(b).  Over three months have passed since the Court's Orders were returned as undeliverable, and Plaintiff has yet to provide his current address.  (*See generally* Docket.)  On March 16, 2023, the Court ordered Plaintiff, within fourteen (14) days, to file a Notice of Change of Address or to show cause why this action should not be dismissed for failure to prosecute.  (*See* ECF No. 9 (citing S.D. Cal. Civ. L.R. 83.1(a) & 83.11(b) and Fed. R. Civ. P. 83(b)).)  That Order was returned as undeliverable on March 23, 2023, rendering the Court's response deadline moot.  (*See* ECF No. 10.)  The Court finds that further attempts to contact Plaintiff at his given address would be futile.  Because Plaintiff has failed to respond to the Court's Order or update his address, the Court **DISMISSES** this action **WITHOUT PREJUDICE**.  The Clerk of Court shall close the case.

**IT IS SO ORDERED**.

Dated: March 24, 2023

Honorable Todd W. Robinson
United States District Judge